Arthur Egbert Fisher, Esq.
A. Fisher Legal Services, Inc. A.P.C.
Registered California Law Corporation
P.O. Box 455 Hailey, ID 83333
art@baylaw.com; (208) 309-0357
Attorney for Relator & Qui-Tam Plaintiff
TAXPAYERS AGAINST FRAUD, LLC

**FILED**

Feb 14 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *Ex Rel* TAXPAYERS AGAINST FRAUD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>[UNDER SEAL],<br><br>Defendant(s). | Case No.: **24-cv-03819-KAW**<br><br>**FILED UNDER SEAL**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>FRCP 41(a)(1)(A)(i); LOCAL RULE 77-2(c) |

Pursuant to Federal Rules of Civil Procedure RULE 41(a)(1)(A)(i) Plaintiff/Relator TAXPAYERS AGAINST FRAUD, LLC and their Counsel hereby notify the District Court, via filing with the Office of the Clerk; and Party-in-Interest the United States of America, that the captioned case is voluntarily dismissed, without prejudice.

If necessary, an Order of Dismissal may be made and entered by the Clerk of Court pursuant to Local Rule 77-2(c).

Relator/Plaintiff requests that the Clerk of Court maintain all papers and filings in this matter under seal, unless otherwise ordered by the Court.

RESPECTFULLY SUBMITTED:

Dated: February 12, 2025,    By: _____
Arthur E. Fisher, Attorney for Relator

NOTICE OF VOLUNTARY DISMISAL